720 A.2d 1050

Michael Timothy DODSON, Appellant,

v.

Frederick William ELVEY, Appellee.

Supreme Court of Pennsylvania.

Argued Sept. 19, 1996.

Resubmitted Jan. 9, 1998.

Decided Dec. 23, 1998.

Gregory A. Olson, Indiana, James F. Mundy, Philadelphia, for Michael Dodson.

Leonard A. Sloane, Media, James R. Ronca, Harrisburg, John F. Dugan, Pittsburgh, Pennsylvania Trial Lawyers, amicus curiae.

Michele D. Alfieri, Smethport, for Com.

Karen Pfeffer, Hollidaysburg, for F.W. Elvey.

James T. Moughan, Philadelphia, Richard S. Marguilies, Pennsylvania Defense Institute, amicus curiae.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM:

**AND NOW**, this 23rd day of December, 1998, the order of the Superior Court is **REVERSED** and this matter is **REMANDED** to the Superior Court for disposition consistent with this court's decision in *Washington v. Baxter*, 719 A.2d 733 (Pa.1998).

Justice SAYLOR did not participate in the consideration or decision of this matter.